CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Joy Hospitality Inc.,** a Texas Corporation; <br> **SKC Pacific, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | Case No: 2:19-cv-08950-SK <br><br> **Plaintiff's Notice of Motion and Motion for Leave to File First Amended Complaint** <br><br> Fed.R.Civ.P. 15(a)(2). <br><br> Date: September 16, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 540 (5th Floor) <br><br> Hon. Judge Steve Kim |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 16, 2020, in the Courtroom of the Honorable Steve Kim, located at 266 E. Temple Street, Courtroom 540, Los Angeles, California, at the hour of 10:00 a.m., Plaintiff Chris Langer, by and through his counsel, will move and hereby does move, pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file his First Amended Complaint.

The Motion shall be based upon this Notice, the attached Memorandum of Points and Authorities, the attached "redlined" First Amended Complaint, filed

concurrently as "Exhibit 1," the Declaration of Christopher A. Seabock, all of the documents and records on file in this action, and such other and further matters that may be presented at hearing.

The effect of the amendment to the Complaint is to add previously unnamed defendant Park & Save, Inc., alleging it to be the owner of the business which is the subject of this lawsuit. These changes are seen at pages 1-2.

This Motion follows Plaintiff's counsel's unsuccessful attempts to obtain a stipulation from Defendants, starting July 30, 2020.

Dated: August 17, 2020                    CENTER FOR DISABILITY ACCESS

                                          By: /s/ Christopher A. Seabock
                                          Christopher A. Seabock
                                          Attorney for Plaintiff