CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>        Plaintiff,<br><br>    v.<br><br>**Joy Hospitality Inc.,** a Texas Corporation;<br>**SKC Pacific, Inc.,** a California Corporation; and Does 1-10,<br><br>        Defendants. | Case No: 2:19-cv-08950-SK<br><br>**Declaration of Christopher A. Seabock in Support of Plaintiff's Motion for Leave to File First Amended Complaint** |

**DECLARATION OF CHRISTOPHER A. SEABOCK**

I, Christopher A. Seabock, declare:

1. I am an attorney at law duly licensed and admitted to practice in this District. I am counsel of record for Plaintiff Chris Langer in the above-captioned case. The facts stated below are based upon my personal knowledge, and if called as a witness, I could competently testify thereto.

2. This Declaration is submitted in support of Plaintiff's Motion for Leave to File a First Amended Complaint.

1

3.  On July 14, 2020, my office reached out to defense counsel to schedule an expert site inspection, proposing September 16, 2020.

4.  On July 20, 2020, my office followed up with defense counsel on the matter.

5.  That same day, defense counsel responded that his clients, the landlords, have no right of entry under their lease with Park & Save, Inc.

6.  Plaintiff's counsel has conducted a public records search and confirmed that Park & Save, Inc. is the owner of the relevant business.

7.  On July 30, 2020, to address the issue of the expert site inspection, I proposed to defense counsel that Plaintiff amend his Complaint to bring Park & Save, Inc. into the litigation. In furtherance, I sent a draft stipulation, proposed order, and "redlined" proposed first amended complaint to defense counsel.

8.  On August 3, 2020, having not received a reply from defense counsel, I sent a follow-up email.

9.  Defense counsel informed me that he had sent a reply letter and provided me a scan. Counsel's letter conditioned the stipulation on a number of related matters, including that we also stipulate to a new scheduling order and a stay pending mediation.

10. On August 11, 2020, I replied to defense counsel agreeing to his terms and on August 12, 2020, provided an updated stipulation.

11. I followed up with defense counsel on August 13, 2020, and again today, August 17, 2020.

12. I have not heard from defense counsel since August 12, 2020.

13. Thus, with today being the last day to add parties or amend pleadings, the plaintiff now moves to amend his Complaint to include the owners of the relevant business, so as to be able to fully litigate his case.

14. Attached hereto as Exhibit 1 is a true and correct copy of the Plaintiff's proposed First Amended Complaint, "redlined" to highlight the changes made.

Declaration of Christopher A. Seabock                    Case No.: 2:19-cv-08950-SK

1

2          I declare under penalty of perjury under the laws of the State of California and

3    the United States that the foregoing is true and correct.

4

5    Dated: August 17, 2020                    CENTER FOR DISABILITY ACCESS

6                                              By: /s/ Christopher A. Seabock

7                                                  Christopher A. Seabock
                                                   Attorney for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Christopher A. Seabock                    Case No.: 2:19-cv-08950-SK