UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Joy Hospitality Inc.,** a Texas Corporation; **SKC Pacific, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | Case No: 2:19-cv-08950-SK <br><br> **[Proposed] Order Granting Plaintiff's Motion for Leave to File First Amended Complaint** |

The Court having read and considered the papers submitted by the parties hereby GRANTS Plaintiff's Motion for Leave to Amend his Complaint. Plaintiff is to file his first amended complaint within seven days of the issuance of this Order.

DATED: _____

_____
Hon. Steve Kim
United States Magistrate Judge