JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOY HOSPITALITY INC., et al.,<br><br>        Defendants. | CASE NO. 2:19-cv-08950-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Plaintiff's Renewed Application for Default Judgment, **IT IS ADJUDGED** that judgment is entered in favor of Plaintiff Chris Langer and against Defendant Park & Save, Inc. for (1) a single statutory penalty amount of $4,000 to be paid jointly and severally with SKC Pacific, Inc. and Joy Hospitality Inc.; and (2) Plaintiff's attorney's fees and costs in the amount of $4,062 to be paid by Defendant Park & Save.

Defendant Park & Save is also ordered to comply with the Americans with Disabilities Act ("ADA") by providing wheelchair accessible parking spaces in compliance with binding ADA Accessibility Guidelines at the Pay Parking Lot located at 1700 West Olympic Boulevard, Los Angeles, California.

DATED: November 8, 2021

STEVE KIM
U.S. MAGISTRATE JUDGE